604

■■■■■■■■■■■■■■■■

371 A.2d 1294

Benedict et ux. v. Lovell, Appellant.

■■■■■■■■■■■■■■■■

Argued November 11, 1976.   Daniel J. Weis, with him Weis & Weis, for appellant; Ronald D. Ecker, with him Ecker and Ecker, for appellees.

Order affirmed.

■■■■■■■■

371 A.2d 1294

Bern, Appellant, v. Bish.

Turner et ux., Appellants, v. Bish.

■■■■■■■■■■■■■■■■

Argued November 12, 1976.   Seymour A. Sikov, with him Sikov and Love, for appellants;   William W. Guthrie, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.